DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MORTON,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-2818

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE19-12379.

Earl I. Higgs, Jr. of Higgs Law, P.A., Orlando, for appellant.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN, and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***